UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PAUL W. ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-186-HBG |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Plaintiff's Motion for Summary Judgment [**Doc. 16**] is **DENIED**, and the Commissioner's Motion for Summary Judgment [**Doc. 18**] is **GRANTED**. Accordingly, the Court **DISMISSES** this action and **DIRECTS** the Clerk of Court to **CLOSE** this case.

IT IS SO ORDERED.

ENTER:

_____
United States Magistrate Judge

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT